IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MICHAEL K. TUPPER,**             3:10-CV-3039-BR

    **Plaintiff,**

                                                     **JUDGMENT**

**v.**

**MICHAEL J. ASTRUE,
Commissioner of Social
Security,**

    **Defendant.**

Based on the Court's Opinion and Order (#___) issued July ___, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

DATED this 12th day of July, 2011.

                                          /s/ Anna J. Brown

                                        ANNA J. BROWN
                                        United States District Judge

2 - JUDGMENT